| | | |
|---|---|---|
| 1946–1947 | $535,000 | (assessed value of land reinstated) |
| 1947–1948 | 535,000 | " |
| 1948–1949 | 535,000 | " |
| 1949–1950 | 550,000 | " |
| 1950–1951 | 575,000 | |
| 1951–1952 | 600,000. | |

As so modified the order is affirmed. On this record the values now fixed are justified. Settle order on notice. Concur — Cohn, J. P., Callahan, Breitel, Botein and Rabin, JJ.

In the Matter of BERNARD LOEB, INC., Respondent, against WILLIAM E. BOYLAND et al., Constituting the Tax Commission of the City of New York, Appellants. [90 Park Terrace East, Borough of Manhattan.] — Order unanimously modified so as to fix values as follows:

| | Land | Building | Total |
|---|---|---|---|
| 1951–52 | $30,000 | $345,000 | $375,000 |
| 1952–53 | 30,000 | 345,000 | 375,000 |
| 1953–54 | 30,000 | 345,000 | 375,000 |

On this record the values now fixed are justified. Settle order on notice. Concur — Cohn, J. P., Callahan, Breitel, Botein and Rabin, JJ.

WILLIAM J. CALLAHAN v. PORTER-URQUHART AND SKIDMORE, OWINGS & MERRILL, ASSOCIATED.— Motion to dismiss appeal granted, with $10 costs. Concur — Callahan, J. P., Breitel, Bastow and Rabin, JJ.

(June 16, 1955.)

JOHN VAN DEN BAEN v. BEN WIENER et al.—Motion to dismiss appeal granted, with $10 costs. Concur — Callahan, J. P., Breitel, Bastow and Rabin, JJ.

JOHN VAN DEN BAEN v. BEN WIENER et al.— Motion to dismiss appeal granted, with $10 costs. Concur — Callahan, J. P., Breitel, Bastow and Rabin, JJ.

(June 21, 1955.)

MAE GILLIGAN et al., Respondents, v. TISHMAN REALTY & CONSTRUCTION CO., INC., et al., Appellants, et al., Defendants.

COHN, J. (dissenting). The four defendants who stipulated for order absolute in the Court of Appeals severally had the right to do so. The judgment absolute rendered by the Court of Appeals (306 N. Y. 974; 307 N. Y. 698) was binding